**GRSM50**
**GORDON REES SCULLY MANSUKHANI**
YOUR 50 STATE LAW FIRM™

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

DAVID J. GRECH
dgrech@grsm.com

ANDREW J. VARVARO
avarvaro@grsm.com

> Application GRANTED. Defendants shall respond to the Amended Complaint no later than August 29, 2025. The parties shall file their Proposed Case Management Plan no later than September 12, 2025.
>
> SO ORDERED.
> Dated: July 31, 2025   /s/ Stewart D. Aaron

July 30, 2025

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Escamilla et al. v. 48 West 21st Street Corp. et al.*
      Case No. 1:25-cv-00784-VSB-SDA

Dear Judge Aaron:

We represent Defendants in this case. Pursuant to Section I.C of Your Honor's Individual Practices, we respectfully and with the consent of Plaintiffs request a thirty-day extension of time, until August 29, 2025, for Defendants to respond to the Amended Complaint. Likewise, Defendants also request an extension of time to September 12, 2025, for the Parties to file their Proposed Case Management Plan.

The Parties are pleased to report that they have reached an agreement in principle to settle this case after participating in a Court-referred mediation session and subsequent negotiations. We therefore request the instant extensions to provide the Parties time to finalize and execute the necessary settlement documents.

We appreciate the Court's attention to these matters and consideration of these requests.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech
Andrew J. Varvaro

cc: All Counsel of Record (*via* ECF)