**GRSM50**
**GORDON REES SCULLY MANSUKHANI**
YOUR 50 STATE LAW FIRM™

DAVID J. GRECH
dgrech@grsm.com

ANDREW J. VARVARO
avarvaro@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

September 12, 2025

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Hon. Stewart D. Aaron, U.S.M.J.

Dated: September 15, 2025

Re:   *Escamilla et al. v. 48 West 21st Street Corp. et al.*
      Case No. 1:25-cv-00784-VSB-SDA

Dear Judge Aaron:

We represent Defendants 48 West 21st Street Corporation d/b/a Taj Lounge Restaurant, David Casey, Mark Philip Quilter, and Matthew Knott in this case. Pursuant to Section I.C of Your Honor's Individual Practices, we write to respectfully and with Plaintiffs' consent request just a one-week extension of time for Defendants to respond to the amended complaint and for the parties to submit their joint proposed case management plan to the Court.

The parties are finalizing their agreement to resolve this case in its entirety and just need a little more time to do so. We request an extension of time to September 19, 2025. Should the instant request be granted, it would not affect any other scheduled date or deadline in this case. As previously reported to the Court, once the parties' agreement is finalized, there will be no need for responsive pleadings or formal discovery in this case. We would have submitted this request earlier, but we wanted to ensure that we had Plaintiffs' consent, which was confirmed earlier today.

Under the circumstances, Defendants believe it would be prudent for the parties to focus their resources upon finalizing their resolution rather than further litigating this dispute. We appreciate the Court's attention to these matters and consideration of this request and are available to the Court should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech

cc: All Counsel of Record (*via* ECF)