UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCISCO DELGADO ESCAMILLA, CARLOS CONTRERAS CAYETANO, FERNANDO PEREZ GARCIA, ELIEZER PEREZ MOLINA, JAIME GARCIA HERNANDEZ, VENANCIO PEREZ SOLIS, LUIS SAQUIPULLA and DEREK BRACEY, *individually and on behalf of others similarly situated*,

Civil Action No. **1:25-cv-00784**

**JUDGMENT**

*Plaintiffs*,

-against-

48 WEST 21ST STREET CORP. (d/b/a TAJ LOUNGE RESTAURANT), DAVID CASEY, MARK PHILIP QUILTER, and MATTHEW KNOTT,

*Defendants*,
-----------------------------------------------------------------X

On September 18, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, FRANCISCO DELGADO ESCAMILLA, CARLOS CONTRERAS CAYETANO, FERNANDO PEREZ GARCIA, ELIEZER PEREZ MOLINA, JAIME GARCIA HERNANDEZ, VENANCIO PEREZ SOLIS, LUIS SAQUIPULLA, have judgment against 48 WEST 21ST STREET CORP. (d/b/a TAJ LOUNGE RESTAURANT), in the amount of Three Hundred Thousand Dollars and Zero Cents ($300,000.00), which is inclusive of attorneys' fees and costs.

Dated: September 23, 2025

Vernon S. Broderick
United States District Judge